**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**LESLIE KNIGHTEN and
MARILYN SUE KNIGHTEN'S
ESTATE,**

    **Plaintiffs,**

**v.**                                       **Case No. 3:18cv2043-RV-CJK**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 7, 2018 (doc. 4). Plaintiffs have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the Report and Recommendation, and the objections thereto timely filed (doc. 11), I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiffs' complaint (doc. 1) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 23rd day of October, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**